UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____22-mj-03068-AOR_____

UNITED STATES OF AMERICA
     v.
YANELI RAFAEL MATOS-MONTAS,
JUAN PABLO MEDINA, EFREN FELIPE
PEREZ-ZAPATA and ALTIDOR JOCELYN,
Defendants
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:  *Marc Chattah*
Marc Chattah
Assistant United States Attorney
FL Bar No.     27586
99 N.E. 4th Street
Miami, Florida 33132
Tel: (561) 632-3712
Email: marc.chattah@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) |
| YANELI RAFAEL MATOS-MONTAS, JUAN PABLO MEDINA, EFREN FELIPE PEREZ-ZAPATA and ALTIDOR JOCELYN, | ) Case No. 22-mj-03068-AOR |
| Defendant(s) | ) |

## COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about **May 24, 2022**, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |
| | Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

DEA TFO Lewis Hosch
Printed name and title

Attested to by the Applicant in accordance with ther requirements of Fed.R.Crim.P. 4.1 by Face Time.

Date: 6/17/22

_____
Judge's signature

City and state: Miami, Florida

Alicia M. Otazo-Reyes, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Lewis Hosch, being duly sworn, hereby depose and state the following:

1. I am employed as a Detective with the City of Homestead Police Department and have served in this capacity since January 2005. I am currently a Task Force Officer with the Drug Enforcement Administration ("DEA") and have served in this capacity since August 2019. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21, and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Task Force Officer with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics-trafficking organizations operate. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against **YANELI RAFAEL MATOS-MONTAS, JUAN PABLO MEDINA, EFREN FELIPE PEREZ-ZAPATA** and **ALTIDOR JOCELYN** for conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a) (1) and 70506(b).

3. On or about May 24, 2022, a Dutch Caribbean Coast Guard (DCCG) Maritime Patrol Aircraft (MPA) detected a go-fast vessel ("GFV") operating approximately 31 nautical

miles north of Los Monjes Island, Venezuela, in international waters upon the high seas. The GFV had four persons on board, two outboard motors, fuel barrels on deck, packages observed on deck consistent with maritime drug smuggling, and no visible indicia of nationality. Suspecting the GFV of smuggling drugs, District 7 issued a Statement of No Objection and authorization was given to employ Airborne Use of Force ("AUF") and Surface Use of Force ("SUF") including warning shots and disabling fire for a Right of Visit boarding. HNMLS GRONINGEN with embarked United States Coast Guard ("USCG") Law Enforcement Detachment ("LEDET") 109 Airborne diverted to investigate. Once in the vicinity, HNLMS GRONINGEN launched their helicopter to assist. The helicopter arrived on scene. The GFV was non-compliant and members of the GFV began jettisoned packages. The helicopter crew employed warning shots, which was effective, and the vessel became compliant. HNLMS GRONINGEN then launched two boats with LEDET boarding teams onboard. The helicopter vectored boat 1 to the GFV and boat 2 to the jettisoned bale field. Once the GFV was dead LEDET members on boat 1 commenced a right of visit boarding of the GFV.

4. Boat 2 recovered two bales of contraband, a clear dry bag with a GPS, and paper notes with numbers inside the bag from the jettisoned bale field. During the right of visit questioning, in Spanish, YANELI RAFAEL MATOS MONTAS identified himself as the master of the vessel. Crewmember YANELI RAFAEL MATOS MONTAS made a verbal claim of Colombian nationality for the vessel and Dominican nationality for himself. Crewmember JUAN PABLO MEDINA claimed Dominican nationality. Crewmember EFREN FELIPE PEREZ ZAPATA claimed Haitian nationality. Crewmember ALTIDOR JOCELYN claimed Colombian nationality. District 7 enacted the ship boarding provision of the U.S./Colombia Bilateral Agreement and commenced forms exchange to confirm the vessel registration.

5. The USCG contacted the Government of Colombia, and the Government of Colombia could neither confirm nor deny the registration of the vessel. Based on the Government of Colombia's response, the USCG treated the vessel as a vessel without nationality and, therefore subject to the jurisdiction of the United States.

6. The boarding team conducted two (2) Nik field tests on the contraband, which yielded positive results for cocaine. A total of nine (9) identical bales were recovered, two (2) from the jettisoned field, and seven (7) were onboard the vessel with an at sea weight of 300 kilograms of cocaine.  An IONSCAN, which is a system used for the detection and identification of trace amounts of narcotics, was also done on the GFV and yielded positive results for cocaine. Additionally, IONSCAN's of YANELI RAFAEL MATOS-MONTAS, JUAN PABLO MEDINA, EFREN FELIPE PEREZ-ZAPATA and ALTIDOR JOCELYN tested positive for cocaine. The boarding team transferred all four individuals, along with the suspected cocaine, to the HNLMS GRONINGEN. District 7 issued an order to destroy the vessel as a danger to navigation, due to no suitable towing points and distance from land.

INTENTIONALLY LEFT BLANK

7. Based on the foregoing facts, I submit that probable cause exists to believe that YANELI RAFAEL MATOS MONTAS, JUAN PABLO MEDINA, EFREN FELIPE PEREZ ZAPATA and ALTIDOR JOCELYN conspired to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

LEWIS HOSCH
TASK FORCE OFFICER
DRUG ENFORCEMENT ADMINISTRATION

Attested by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this __17th__ day of June 2022.

HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGIUSTRATE JUDGE